UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

D.J. MILLER MUSIC DISTRIBUTORS,
INC.,

    Plaintiff,

v.     Case No. 8:09-cv-897-T-33TBM

JOHN E. STRAUSER, *et al.*,

    Defendants.
_____/

## **ORDER**

This matter is before the Court upon consideration of the report and recommendation of Thomas B. McCoun, United States Magistrate Judge (Doc. # 24), which was filed on June 11, 2009, recommending that the parties' Proposed Stipulated Preliminary Injunction (Doc. # 23) be approved. Judge McCoun further recommends that bond be set in the amount of $10,000. Furthermore, Judge McCoun recommends that Plaintiff's Motion for Order to Show Cause Why Preliminary Injunction Should Not Issue (Doc. # 4) be denied as moot. No objections have been filed, and the time to do so has expired.[1]

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

---

[1] The parties agreed to a truncated objection period. Pursuant to the Report and Recommendation, the deadline for objections to be filed expired on June 17, 2009.

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration of the report and recommendation, the Court accepts and adopts the report and recommendation of Judge McCoun.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 24), including the requirement of a $10,000 bond, is **ADOPTED, CONFIRMED,** and

**APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) This Court **APPROVES** the parties' Proposed Stipulated Preliminary Injunction (Doc. # 23) and will execute the stipulation via separate Order.

(3) Plaintiff's Motion for Order to Show Cause Why Preliminary Injunction Should Not Issue (Doc. # 4) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of June 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record